# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MATTHEW HYDE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 6:23-cv-26-JDK |
| ) | |
| THE BUREAUS, INC. ) | |
| ) | |
| & ) | |
| ) | |
| SUPERLATIVE RM ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT
## THE BUREAUS, INC.

COMES NOW, Plaintiff Matthew Hyde, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendants The Bureaus, Inc. and Superlative RM in this matter.

1. Plaintiff and Defendants The Bureaus, Inc. and Superlative RM have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal as to The Bureaus, Inc. and Superlative RM, along with any other relief the Court deems just and proper.

Dated: January 31, 2023

                        Respectfully Submitted,

                        **HALVORSEN KLOTE**

By:    <u>/s/ Joel S. Halvorsen</u>

           Joel S. Halvorsen, #67032
           680 Craig Road, Suite 104
           St. Louis, MO  63141
           P: (314) 451-1314
           F: (314) 787-4323
           joel@hklawstl.com
           *Attorneys for Plaintiff*